IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF MISSISSIPPI

EASTERN DIVISION

| | |
|---|---|
| GEORGE D. ANDERSON | PLAINTIFF |
| V. | CIVIL ACTION NO.: 2:23-cv-32-TBM-RPM |
| LOWE'S HOME CENTERS, INC. | DEFENDANT |

**AGREED AMENDMENT TO COMPLAINT SUBSTITUTING THE NAMED DEFENDANT FOR THE REAL PARTY IN INTEREST**

COMES NOW, the Plaintiff, George D. Anderson, by and through unsigned counsel, and files this Agreed Amendment to Complaint Substituting the Named Defendant for the Real Party in Interest pursuant to F.R.C.P 15(a)(2) 17(a)(3) and 19(a)(1)(A) and respectfully avers as follows:

### BACKGROUND

1. On or about January 12, 2023, Plaintiff filed a Complaint titled *"George D. Anderson v. Lowes Home Centers, Inc."* in the Circuit Court of Lamar County, Mississippi, bearing Civil Action No. 37CI1:23-cv-00007

2. Lowe's was served with a copy of the Summons and Complaint on January 27, 2023

3. The Defendant, Lowe's filed a Notice of Removal with this Court on or about February 22, 2023 (Doc #1).

### AMENDMENT AND SUBSTITUTION OF PARTIES

The Plaintiff would show that Lowe's Home Centers, LLC., is the proper party to these proceedings and that with the agreement of counsel for the Defendant the pleadings be amended

to name Lowe's Home Centers, LLC., as the real party in interest pursuant F.R.C.P 15(a)(2) *A party may amend its pleadings only with the opposing party's written consent or court's leave.*

WHEREFORE, Plaintiff, Georg D. Anderson, prays that the pleadings be amended with the consent of opposing counsel naming Lowe's Home Center, LLC., as the Defendant real party in interest.

RESPECTFULLY SUBMITTED, this the 13th day of March, 2023.

Agreed to by:

William L. Ducker
Ducker and Bishop LLP.
*Counsel for the Plaintiff*
P.O. Box 217
Purvis, MS. 39475
Tel.: (601) 794-8545
bill@duckerlawfirm.com

/s/B. Lyle Robinson

B. Lyle Robinson (MSB # 10015)
Taylor, Wellons, Politz &Duhe, LLC
100 Webster Circle, Ste. 104
Madison, MS. 39110
Tel.: (769) 300-2988
lrobinson@twpdlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed a true and correct copy of the above and foregoing pleading via ECF, which notifies the following counsel of record:

B. Lyle Robinson
lrobinson@twpdlaw.com
100 Webster Circle, Ste. 104
Madison, MS. 39110

RESPECTFULLY SUBMITTED, this the 13th Day of March, 2023.

/s/ Wiliam L. Ducker
William L. Ducker
Ducker and Bishop LLP.
P.O. Box 217
Purvis, MS. 39475